UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-110-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER TO SEAL |
| ) | |
| MCCOY RICHARDSON ) | |

Upon motion of the United States, it is hereby ORDERED that the Docket Entry number 21 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the  1st  day of  March , 2012.

_____
LOUISE W. FLANAGAN
United States Distrct Judge